# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| BUTCH LAWS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOBBY BROOKS, ) <br> LIEUTENANT STARLA BARRY, ) <br> TAMMY REGAN, ) <br> SERGEANT STACEY ENGLAND, ) <br> SERGEANT JOSH SMITH, ) <br> and ROBERT SEXTON, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: 3:20-CV-214 |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR THE DEFENDANTS

Notice is hereby given and the clerk is hereby requested to enter an appearance of the undersigned counsel as additional counsel for the above-named defendants, Bobby Brooks, Lieutenant Starla Barry, Tammy Reagan, Sergeant Stacey England, Sergeant Josh Smith and Robert Sexton.

Respectfully submitted:

/s/ Federico A. Flores
Federico A. Flores - 029806
Attorney for Defendants
800 S. Gay Street, Suite 1400
Knoxville, TN 37929
(865) 673-8516

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Butch Laws
#90595
Hawkins County Jail
117 Justice Center Drive
Rogersville, TN 37857
Pro Se

/s/ Federico A. Flores
Federico A. Flores, BPR # 029806

2

Case 3:20-cv-00214-JRG-DCP   Document 27   Filed 10/27/20   Page 2 of 2   PageID #: 135