UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| BUTCH LAWS, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 3:20-CV-214 |
| BOBBY BROOKS, LIEUTENANT STARLA BARRY, TAMMY REGAN, SERGEANT STACEY ENGLAND, SERGEANT JOSH SMITH, and ROBERT SEXTON, | ) |
|     Defendants. | ) |

## NOTICE OF MANUAL FILING

Please take notice that defendants, Bobby Brooks, et al. hereby manually file in the above-styled case the following item:

A disc containing video from the Claiborne County Jail's video surveillance system depicting the assault of February 11, 2020 at approximately 1:00 a.m. complained of by the plaintiff in his complaint (Doc. 2) and as referenced in the defendants' Motion for Summary Judgment, Statement of Undisputed Facts, and Memorandum of Law in Support of said motion as "Exhibit 1."

Given that the plaintiff is presently an inmate of the Hawkins County Jail; and given that the plaintiff is not permitted to receive any objects that could be fashioned into a weapon, the plaintiff may view the video upon request under the supervision of a jail official.

.

Respectfully submitted

/s/ Federico A. Flores
Rhonda L. Bradshaw - 014082
Federico A. Flores - 029806
Attorneys for Defendants
800 S. Gay Street, Suite 1400
Knoxville, TN  37929
(865) 673-8516

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2020, a copy of the notice of manual filing in support of the motion for summary judgment was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

Butch Laws
#90595
Hawkins County Jail
117 Justice Center Drive
Rogersville, TN 37857
Pro Se

/s/ Federico A. Flores
Federico A. Flores, BPR # 029806

2

Case 3:20-cv-00214-JRG-DCP   Document 32-1   Filed 11/03/20   Page 2 of 2   PageID #: 162