UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BUTCH LAWS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:20-CV-00214-JRG-DCP |
| BOBBY BROOKS, LT. STARLA BERRY, TAMMY REAGAN, SGT. STACIE ENGLAND, SGT. JOSH SMITH, and ROBERT SEXTON, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Plaintiff has filed a motion seeking leave to amend his complaint in this prisoner's civil rights action for violation of 42 U.S.C. § 1983 [Doc. 28]. Defendants oppose the request [Doc. 29]. In the instant motion, Plaintiff alleges that he was assaulted by another inmate, and Defendants failed their duty to protect Plaintiff [*Id*. at 2]. However, this Court has already determined that Plaintiff's action may proceed on claims of failure to protect, excessive force, and deliberate indifference to medical needs [Doc. 4]. The current motion alleges nothing new that would necessitate amendment, and the instant motion [Doc. 28] is **DENIED**.

Further, Plaintiff is **ORDERED** to immediately inform the Court and Defendants or their counsel of record of any address changes in writing. Pursuant to Local Rule 83.13, it is the duty of a pro se party to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. E.D. Tenn. L.R. 83.13. Failure to provide a correct address to this Court within fourteen days of any change in address may result in the dismissal of this action.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
