3:20-cv-214
FILED
DEC 22 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville
12-19-2020

Judge Greer,

Sir, I am not going to take up, any more of your time, because as you no I am a no good inmate, and Claiborne County has got my copys out of my property there at the Jail, But I am a lieing inmate, so, there we go, But Just for the record my Lawyer on my case in Criminal Case, has copys of the grievance's on file, he is Wesley Stone, There in Knoxville I ask him for copys of them, so as soon as I get them from him, I will send them to you, if you wish to call him to ask him for verification here is his number, 865-297-3818, and Judge if you need to you can dismiss it because I no I am A inmate, and looked at as no good, But I Just wanted you to no I am no lier, and thank you for your time, sorry to bother you,

Respectfully
Butch Laws #90595
H.C.J.
117 Justice Center D.
Rogersville, TN.
37857

C.C.

Butch Laws #90595
H.C.J.
117 Justice Center Dr.
Rogersville, TN. 37857

NOTICE
This correspondence was mailed by an inmate at the
HAWKINS COUNTY JAIL

Legal Mail

Judge Greer,
U.S.D.C.C.
800 Market St. Ste. 320
Knoxville, TN. 37902

KNOXVILLE TN 377
21 DEC 2020 PM

INSPECTED

RECEIVED
DEC 22 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

$000.50
MAILED FROM ZIP CODE 37857